UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA COWLEY,

          Plaintiff,

v.

PRUDENTIAL SECURITY, INC.,

          Defendant.

_____/

Case No. 2:21-cv-10491

HONORABLE STEPHEN J. MURPHY, III

### ORDER DISMISSING CASE FOR LACK OF PROSECUTION

More than three months have passed since the case was transferred from the Eastern District of California. ECF 1, 2. No lawyers have filed appearances in the case and no party has taken any action.[1] The parties have clearly abandoned the litigation and the Court will dismiss it for lack of prosecution. Fed. R. Civ. P. 41(b); *see O'Grady v. Chant*, 9 F. App'x 323, 324 (6th Cir. 2001) (finding that a court did not abuse its discretion by dismissing a case for lack of prosecution).

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

**SO ORDERED.**

          s/ Stephen J. Murphy, III
          STEPHEN J. MURPHY, III
          United States District Judge

Dated: June 11, 2021

---

[1] Absent representation by counsel evidenced with appearances on the docket, it is futile for the Court to contemplate a show cause order for why the case should not be dismissed for failure to prosecute.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 11, 2021, by electronic and/or ordinary mail.

                                             s/ David P. Parker
                                             Case Manager